# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2116

_____

United States of America,      *
                                   *

           Appellee,      *
                                   *      Appeal from the United States

     v.                                *      District Court for the
                                   *      Northern District of Iowa.

Isaias Perez,                        *
                                   *      [UNPUBLISHED]

           Appellant.      *

_____

Submitted: September 16, 2010
Filed: September 23, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Isaias Perez appeals the 130-month sentence the district court[1] imposed upon his guilty plea to two counts of distributing methamphetamine after having previously been convicted of a felony drug offense, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 851. His counsel has moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

We conclude that the district court committed no procedural error and imposed a substantively reasonable sentence. See Gall v. United States, 552 U.S. 38, 51 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, then considers substantive reasonableness of sentence under abuse-of-discretion standard; if sentence is within applicable Guidelines range, appellate court may apply presumption of reasonableness); United States v. Haack, 403 F.3d 997, 1004 (8th Cir. 2005) (describing abuse of discretion).

Having reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we have found no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____